(October 4, 1984)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAVIER B., Appellant. — Judgment, Supreme Court, Bronx County (Murray Koenig, J.), rendered on June 30, 1981, unanimously affirmed, and the order of this court entered on July 3, 1984 (103 AD2d 731) is vacated. No opinion. Concur — Sandler, J. P., Ross, Carro, Silverman and Alexander, JJ.

■ HENRY F. PETERS, Appellant, v HALCON INTERNATIONAL, INC., et al., Respondents. — Order, Supreme Court, New York County (Martin Klein, J.), entered on November 21, 1983, and judgment of said court, entered thereon on November 23, 1983, unanimously affirmed for the reasons stated by Martin Klein, J., at Special Term. Respondents shall recover of appellant one bill of $75 costs and disbursements of these appeals. Concur — Kupferman, J. P., Sullivan, Ross, Bloom and Alexander, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM CODY, Appellant. — Judgment, Supreme Court, Bronx County (Joseph Cerbone, J.), rendered on February 10, 1982, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Sandler, J. P., Carro, Silverman and Milonas, JJ.